**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LARRY ELLIOT KLAYMAN,

           Plaintiff,

    v.

COLLEEN KOLLAR-KOTELLY,
*HON.*,

           Defendant.

Case No. 23-cv-3773 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that Defendant's motion to dismiss, ECF 6, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 17, 2026

1